UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

YELITZA PICON, on behalf of herself and
all others similarly situated,

        Plaintiff,

        -v-

ODE A LA ROSE NEW YORK LLC

        Defendant.

----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/05/2022
```

Case No. 1:22-cv-3032-VEC

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Yelitza Picon, hereby files her notice of voluntary dismissal without prejudice and without costs or fees, and before the Defendant, Ode A La Rose New York LLC has served either an Answer or a motion for summary judgment.

Dated: New York, New York
       August 4, 2022

---

IT IS HEREBY ORDERED THAT all previously scheduled conferences and other deadlines are CANCELLED.

IT IS FURTHER ORDERED that this case is DISMISSED without prejudice and without costs (including attorneys' fees) to either party. The Clerk of Court is respectfully directed to terminate all open motions and to CLOSE the case.

SO ORDERED.

*[signature]* 08/05/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---

**GOTTLIEB & ASSOCIATES**

*[signature]*

Michael A. LaBollita (ML-9985)
Jeffrey M. Gottlieb (JG-7905)
Dana L. Gottlieb (DG-6151)
GOTTLIEB & ASSOCIATES
150 East 18th Street, Suite PHR
New York, New York 10003
Tel.: 212.228.9795
Fax: 212.982.6284
Michael@gottlieb.legal
Jeffrey@gottlieb.legal
Dana@gottlieb.legal

*Attorneys for Plaintiffs*

HB: 4882-4198-2464.1